AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
Hunter Palm

)
)
)
)
)
)

Case: 1:21-mj-00416
Assigned to: Judge Harvey, G. Michael
Assign Date: 5/7/2021
Description: COMPLAINT W/ARREST WARRANT

Defendant

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* _____ Hunter Palm _____,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1512(c)(2) - Obstruction of Justice/Congress;
18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Engaging in Disorderly or Disruptive Conduct in Restricted Buildings or Grounds;
40 U.S.C. § 5104(e)(2) - Violent Entry and Disorderly Conduct on Capitol Grounds.

Date: 05/07/2021

_____
Digitally signed by G. Michael Harvey
Date: 2021.05.07 13:51:24 -04'00'
Issuing officer's signature

City and state: Washington, D.C.

G. Michael Harvey, U.S. Magistrate Judge
Printed name and title

### Return

This warrant was received on (date) 5/7/2021, and the person was arrested on (date) 5/12/2021
at (city and state) Denver, Colorado.

Date: 5/12/2021

_____
John W. Smith
Arresting officer's signature

John W. Smith - Special Agent FBI
Printed name and title